**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION NO. 17-00170 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| TANASHA TURNER | MAGISTRATE JUDGE HAYES |

**O R D E R**

The Report and Recommendation of the Magistrate Judge having been considered, and the parties having waived their right to object thereto,

**IT IS ORDERED** that the District Court accepts the guilty plea of the defendant Tanasha Turner and adjudges her guilty of the offense charged in Count One of the indictment against her.

**THUS DONE AND SIGNED** at Shreveport, Louisiana, this 20th day of October 2017.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE